# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5411**

**September Term, 2025**

**1:25-cv-02222-UNA**

**Filed On:** March 16, 2026

George E. McDermott,

      Appellant

    v.

Corporation of the United States, Inc.,
through its Corporate CEO, Donald John
Trump; a for-profit private publicly traded
corp.; Duns #'s United States Government
052714196, et al.,

      Appellees


**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:**    Henderson, Pillard, and Pan, Circuit Judges

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). Upon consideration of the foregoing, and the motion to amend the record, it is

**ORDERED** that the motion to amend the record be denied. Appellant has shown no entitlement to any relief in connection with that motion. It is

**FURTHER ORDERED AND ADJUDGED** that the district court's October 27, 2025 order dismissing appellant's complaint be affirmed. The district court properly dismissed the complaint as frivolous. See 28 U.S.C. § 1915(e)(2)(B)(i), (iii).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution

**No. 25-5411**                                    **September Term, 2025**

of any timely petition for rehearing or petition for rehearing en banc.  <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

<u>**Per Curiam**</u>

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:     /s/
Daniel J. Reidy
Deputy Clerk